UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA WHITE

        Plaintiff             Lower court Case No: 11-121179-NO

vs.                                Lower court Judge: Hon. James M. Alexander

SUNRISE SENIOR LIVING MANAGEMENT, INC.

        Defendant

| GREGORY T. YOUNG (P40125)<br>DOUGLAS WEISS (P63601)<br>WEAVER & YOUNG, P.C.<br>Attorneys for Plaintiff<br>32770 Franklin Road<br>Franklin, MI 48025<br>(248) 855-1500 | JONATHAN M. JAFFA (P23717)<br>Sullivan, Ward, Asher & Patton, P.C.<br>Attorney for Defendant<br>P.O. Box 222<br>Southfield, Michigan 48075<br>(248) 746-0700 |
|---|---|

## PETITION FOR REMOVAL TO FEDERAL COURT

NOW COMES the Petitioner, Sunrise Senior Living Management, Inc., (incorrectly named in the Complaint by the Plaintiff as Sunrise Rochester Assisted Living, LLC) by and through its attorneys, SULLIVAN, WARD, ASHER & PATTON, P.C. and for its Petition for Removal from the Circuit Court for the County of Oakland, to this Court, pursuant to 28 USCA §§ 1332, 1441 and 1446, states as follows:

1. The above entitled action was commenced in the Circuit Court for the County of Oakland, State of Michigan, and is now pending therein under Case No: 11-121179-NO.

2. The action is a civil action sounding in ordinary negligence and allegedly arising out of an occurrence on or about January 18, 2011 when Plaintiff,

Patricia White, was involved in a slip and fall accident on the premises of Defendant's assisted living facility.

3. Plaintiff incorrectly named the Defendant Sunrise Rochester Assisted Living, LLC, when the Defendant should appropriately be named Sunrise Senior Living Management, Inc., and Plaintiff has concurred in amending the caption to reflect the same.

4. The action is one for which the United States District Courts are given original jurisdiction by reason of the diversity of the citizenship of the parties, in accordance with 28 USC Section 1332.

5. The amount in controversy in this action, exclusive of interest and costs, exceeds $75,000.

6. Defendant was served with Plaintiff's Complaint on or about August 23, 2011. Therefore the time for filing this Petition has not yet expired.

7. At the time of the commencement of this action and at the time of the filing of this Notice, based upon information and belief, Plaintiff was and still is a resident of the State of Michigan.

8. At the time of the commencement of this action and at the time of the filing of this Notice, Petitioner, Sunrise Senior Living Management, Inc. was and still is a corporation which was and is duly incorporated, organized and existing under the laws of the State of Virginia with a principal place of business in the State of Virginia.

9. In light of the foregoing, the parties are diverse.

10. Because the United States District Court for the Eastern District of Michigan, Southern Division, has original jurisdiction in this matter, Petitioner is entitled to seek and obtain removal pursuant to 29 USC Section 1441.

11. Copies of all pleadings, process and orders served on Petitioner in this action are attached hereto and marked as **Exhibit A**.

WHEREFORE, Petitioner, Sunrise Senior Living Management, Inc. respectfully requests that the above entitled action be removed from the Circuit Court for the County of Oakland, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division.

/s/Jonathan M. Jaffa_____
Sullivan, Ward, Asher & Patton, P.C.
P.O. Box 222
Southfield, MI 48037-0222
Phone: 248-746-0700
Primary E-mail: jjaffa@swappc.com
P23717

Dated:  September 19, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on **September 19, 2011**, I filed the forgoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.

s/Jonathan M. Jaffa_____
Sullivan, Ward, Asher & Patton, P.C.
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48037-0222
Phone: 248-746-0700
Primary E-mail: jjaffa@swappc.com
P23717